ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| L3 Harris Technologies, Inc. | ) ASBCA No. 62438 |
| | ) |
| Under Contract No. N00164-11-G-WS44 | ) |

APPEARANCES FOR THE APPELLANT:     Paul E. Pompeo, Esq.
                                            Nathaniel E. Castellano, Esq.
                                              Arnold & Porter Kaye Scholer LLP
                                                Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
                                              DCMA Chief Trial Attorney
                                              Kara M. Klaas, Esq.
                                              Trial Attorney
                                              Defense Contract Management Agency
                                              Chantilly, VA

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,761,873. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from September 18, 2019 until date of payment.

Dated: June 2, 2020

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62438, Appeal of L3 Harris Technologies, Inc., rendered in conformance with the Board's Charter.

Dated: June 2, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals